```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

**JERRY LEE THOMPSON,**

    **Plaintiff,**

**v.**                                    **CIVIL ACTION No. 1:21-00008**

**WILLIAM W. MCGUIRE, et al.,**

    **Defendants.**

## MEMORANDUM OPINION AND ORDER

On February 24, 2021, Magistrate Judge Aboulhosn appointed John H. Bryan to represent plaintiff in this matter and gave Mr. Bryan until March 24, 2021, to file a second amended complaint. On July 1, 2021, Mr. Bryan filed a motion for leave to extend the time to file a second amended complaint and to extend the time for service. See ECF No. 11. According to Mr. Bryan, he had been unable to make contact with plaintiff. Mr. Bryan requested an extension of 30 days to file a second complaint and 90 days in which to serve it. For good cause shown, that motion is **GRANTED** and a second amended complaint, if any, should be filed no later than October 14, 2021. The second amended complaint should be served within 90 days of filing.

The Clerk is directed to send copies of this Order to all counsel of record.

**IT IS SO ORDERED** this 14th day of September, 2021.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge